PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (877) 833-2445
    E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOWERY,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-CV-01979<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 3, 2023, up to and including August 3, 2023. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

    Defendant requests this extension in order to further consider the 1,361 page administrative record in light of the issues raised in Plaintiff's motion. The undersigned has a number of competing deadlines in disability cases pending in this district, as well as in the Second Circuit Court of Appeals, the District of Oregon, the District of Connecticut, and the Eastern District of New York.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 30, 2023  /s/ *Francesco Benavides**
(*as authorized via e-mail on June 29, 2023)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: June 30, 2023  PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 3, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: June 30, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE